ACCEPTED
03-14-00577-CR
5360262
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 2:02:14 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-14-00577-CR

| | | |
|---|---|---|
| **NICOLE DAWN HOLLAND** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **3RD SUPREME JUDICIAL** |
| | § | |
| **THE STATE OF TEXAS** | § | **DISTRICT AT AUSTIN** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 2:02:14 PM
JEFFREY D. KYLE
Clerk

### MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Tracy D. Cluck, Appellate Counsel for Nicole Dawn Holland. Movant requests the Court to grant Movant permission to withdraw as attorney for Appellant, Nicole Dawn Holland. In support thereof, Movant respectfully shows:

I.

An *Anders* brief has been filed in this matter, and therefore I am requesting to be relieved of my representation.

II.

A true and correct copy of this motion has been delivered to Appellant at her current address: Nicole Dawn Holland, #01962247, Linda Woodman State Jail, 1210 Coryell City Rd., Gatesville, TX 76528.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter an Order discharging Movant as attorney of record, in Cause No. 03-14-00577-CR, for Appellant, Nicole Dawn Holland.

Respectfully submitted,

/s/ Tracy D. Cluck

_____

TRACY D. CLUCK
Texas Bar No. 00787254
1450 West Hwy. 290, #855
Dripping Springs, TX 78620
Telephone: (512) 264-9997
tracy@tracyclucklawyer.com

ATTORNEY FOR APPELLANT
NICOLE DAWN HOLLAND

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Withdrawal of Counsel, has been served on the attorney listed below by e-serve and e-mail, on May 20, 2015:

424th & 33rd District Attorney's Office
Mr. Gary Bunyard
g.bunyard@co.llano.tx.us

/s/ Tracy D. Cluck

_____

TRACY D. CLUCK

**CASE NO. 03-14-00577-CR**

| | | |
|---|---|---|
| **NICOLE DAWN HOLLAND** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **3RD SUPREME JUDICIAL** |
| | § | |
| **THE STATE OF TEXAS** | § | **DISTRICT AT AUSTIN** |

## ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On this _____ day of _____, 20_____, the Court considered the Motion for Withdrawal of Counsel of Tracy D. Cluck, Movant.

The Court finds that good cause exists for withdrawal of Movant as counsel.

IT IS, THEREFORE, ORDERED that Tracy D. Cluck is withdrawn as counsel of record for Appellant, Nicole Dawn Holland, and is hereby DISCHARGED from his representation of Appellant, Nicole Dawn Holland, in Cause No. 03-14-00577-CR.

SIGNED this _____ day of _____, 20_____.

_____
JUDGE PRESIDING